IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23 A 10: 30

CLERK _____

| | |
|---|---|
| DAVID SMILEY, and Inmates of Glynn County, Georgia Detention Center, POD E-Left,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF'S DEPARTMENT and EMPLOYEES OF GLYNN COUNTY, GEORGIA DETENTION CENTER,<br><br>Defendants. | CIVIL ACTION NO.: CV205-100 |

### ORDER

Plaintiff, an inmate at the Glynn County Detention Center in Brunswick, Georgia, has submitted a complaint brought pursuant to 42 U.S.C. § 1983, on behalf of himself and Inmates of Glynn County, Georgia Detention Center, POD E-Left. No other prospective plaintiff has moved to proceed *in forma pauperis*. Accordingly, the claims of "Inmates of Glynn County, Georgia Detention Center, POD E-Left" are **DISMISSED**.

**SO ORDERED**, this 23 day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)